**HEFNER, STARK & MAROIS, LLP**
Michael R. Williams (CA Bar Assn. No. 186079)
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833-3883
Telephone: (916) 925-6620
Fax No: (916) 925-1127

**THORPE NORTH & WESTERN, LLP**
Peter M. de Jonge (Utah Bar Assn. No. 7185)
Gordon K. Hill (CA Bar Assn. No. 218999)
8180 South 700 East, Suite 200
Sandy, Utah 84070
Telephone: (801) 566-6633
Fax No: (801) 566-0750

**RAY QUINNEY & NEBEKER, PC**
Mark M. Bettilyon (Utah Bar Assn. No. 4798)
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Fax No: (801) 532-7543

Attorneys for Plaintiff, CytoSport, Inc.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| CYTOSPORT, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>NATURAL SUPPLEMENT ASSOCIATION, INC. d/b/a EXPERIMENTAL AND APPLIED SCIENCES, INC., a Colorado Corporation,<br><br>Defendant. | CASE NO. 2:05-CV-01005-LKK-PAN<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>JUDGE: Judge Lawrence K. Karlton |

Pursuant to 41(a) of the Federal Rules of Civil Procedure, pursuant to a settlement agreement entered by the parties, and good cause appearing.

-1-

871344

1  IT IS HEREBY ORDERED that this action is dismissed with prejudice. Each party will
2  bear its own fees and costs.
3  DATED this _____ day of April, 2006.

BY THE COURT:

**Dismissed pursuant to
Fed.Civ.P. § 41(a)(1)**
United States District Judge

871344

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing ORDER OF DISMISSAL WITH PREJUDICE was mailed, in the United States Mail, postage prepaid, this ___ day of April 2006 to the following:

Philip L. Cohan
Eugene M. Pak
DLA PIPER RUDNICK GRAY CARY US, LLP
153 Townsend Street, Suite 800
San Francisco, California 94107-1957

Matthew G. Jacobs
DLA PIPER RUDNICK GRAY CARY US, LLP
400 Capitol Mall, Suite 2400
Sacramento, California 95814

Monica L. Thompson
DLA PIPER RUDNICK GRAY CARY US, LLP
203 North LaSalle, Suite 1900
Chicago, Illinois 60601-1293

REBECCA L. SHILTS

871344